IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bozeman, Sheila | Case Number: 06 B 01871 |
|---|---|---|
| | Bozeman, Steven | Judge: Hollis, Pamela S |
| | Printed: 10/22/08 | Filed: 2/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed - No Disch:  June 26, 2008
Confirmed: November 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,831.00 |  |
| Secured: |  | 5,389.87 |
| Unsecured: |  | 1,181.15 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 452.61 |
| Other Funds: |  | 1,307.37 |
| Totals: | 9,831.00 | 9,831.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bradley H Foreman, P.C. | Administrative | 1,500.00 | 1,500.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 6. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 7. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 8. | Midwest Title | Secured | 5,389.87 | 5,389.87 |
| 9. | Chase Home Finance | Secured | 56,437.41 | 0.00 |
| 10. | Midwest Verizon Wireless | Unsecured | 195.59 | 180.15 |
| 11. | Midwest Title | Unsecured | 1,001.00 | 1,001.00 |
| 12. | Continental Central Credit | Unsecured |  | No Claim Filed |
| | | | $ 64,523.87 | $ 8,071.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 80.17 |
| 5.4% | 358.62 |
| 6.5% | 13.82 |
| | $ 452.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Bozeman, Sheila
        Bozeman, Steven
        Printed: 10/22/08

Case Number:  06 B 01871
Judge:  Hollis, Pamela S
Filed:  2/28/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

